# United States District Court
# for the District of Puerto Rico

| | |
|---|---|
| JONATHAN MENÉNDEZ; CARLOS MEDINA MARTINEZ; | CIVIL NO. 14-1154 (GAG-SCC) |
| Plaintiffs, | |
| v. | |
| FLUOR CORPORATION; ABC CORPORATION; XYZ INSURANCE COMPANY; JOHN DOE, | RE: NEGLIGENCE, PERSONAL INJURIES AND DAMAGES |
| Defendants. | |

## JOINT MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**NOW COME** the parties, Jonathan Menéndez and Carlos Medina Martinez, and Fluor Corporation, through their undersigned counsel, very respectfully state, and pray as follows:

1. The undersigned counsel have discussed the case and its status and have agreed that it should be voluntarily dismissed without prejudice.

2. Counsel for the parties herein have also agreed that the voluntary dismissal shall be without prejudice and without the imposition of attorney's fees and costs.

**WHEREFORE**, undersigned counsel respectfully move for voluntary dismissal without prejudice.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I filed the preceding motion with the Court's CM/ECF system which will notify the attorneys of record.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico this 8th day of August, 2014.

s/ *Kenneth Suria*
KENNETH C. SURIA
USDC- PR 213302

### ESTRELLA, LLC

*Attorneys for Plaintiffs*
*Jonathan Menéndez and Carlos Medina Martinez*
P.O. Box 9023596
San Juan, Puerto Rico 00902-3596
Telephone: (787) 977-5050
Facsimile: (787) 977-5090
Email: kcsuria@estrellallc.com


*s/ MIGUEL J. ORTEGA NÚÑEZ*
*Miguel J. Ortega Núñez*
Bar Number: 220609
Attorney for codefendant Fluor Corporation
**SALDAÑA, CARVAJAL &**
**VELEZ-RIVÉ, P.S.C.**
Ave. De la Constitución 166
San Juan, PR 00901
Tel. (787) 289-9250
Fax. (787) 289-9253
E-Mail: mortega@scvrlaw.com
