IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**JONATHAN MENÉNDEZ, CARLOS MEDINA MARTÍNEZ.**

Plaintiffs,

v.

**FLUOR CORPORATION, et al.,**

Defendants.

CIVIL NO. 14-1154 (GAG)

## JUDGMENT

As per the court's order at Docket No. 19, judgment is hereby dismissing Plaintiffs' claims before this court without prejudice as per the parties' request for voluntary dismissal at Docket No. 18. Each party shall bear its own costs and fees.

**SO ORDERED.**

In San Juan, Puerto Rico this 8th day of August, 2014.

*s/ Gustavo A. Gelpí*

GUSTAVO A. GELPI
United States District Judge